IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC. | : | CIVIL ACTION |
| and LOUDERBACK WORLDWIDE | : | |
| MOVING | : | NO. 02-CV-2702 |
| Plaintiffs | : | |
| vs. | : | |
| HOUSEHOLD MOVERS SERVICES | : | |
| Defendant | : | |

### ENTRY OF APPEARANCE

Kindly enter my appearance as co-counsel on behalf of Defendant, Household Movers Services, in the above-captioned matter.

**DEASEY, MAHONEY & BENDER, LTD.**

BY:_____
JOHN M. DONAHUE, ESQUIRE
Attorney for Defendant, Household Movers Services
Identification No. 27268
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, Pa 19103-2978
(215) 587-9400/ (215) 587-9456 fax

Date:_____