IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAYFLOWER TRANSIT, INC., et al.　　　　　:　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
HOUSEHOLD MOVERS SERVICES　　　　　:　　NO.  02-2702

**ORDER**

　　　　AND NOW, this 3rd day of January, 2003, upon consideration of correspondence to the

Court from Defendant's counsel dated January 2, 2003, IT IS HEREBY **ORDERED** by the Court

that a **Discovery Hearing** will take place on **January 15, 2003**, at **2:00 p.m.** in Courtroom 3H,

United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


_____　　_____
　　　　　　　　　　　　　　　　　　　　M. FAITH ANGELL
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE