IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

## **ORDER**

AND NOW, this 15th day of January, 2003, after conducting a Discovery Hearing with counsel in the above-captioned action, IT IS HEREBY **ORDERED** by the Court that:

1. Fact based discovery is extended to **March 17, 2003**.

2. Plaintiffs shall provide to Defendant access to tangible evidence in their possession, as requested, for purposes of an inspection, as soon as practicable.

3. Plaintiffs shall provide to Defendant specific responses to Defendant's supplemental Interrogatories served on November 13, 2002.

4. Plaintiffs shall provide to Defendant information concerning the two (2) employee witnesses of Mayflower/Louderback as discussed at the hearing.

5. A **Telephone Status Conference** be held on **March 18, 2003**, at **10:00 a.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions as well as explore the possibility of a resolution in this matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

6. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE