IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

## **ORDER**

AND NOW, this 18th day of March, 2003, after conducting a Telephone Status Conference with counsel in the above-captioned action, IT IS HEREBY **ORDERED** by the Court that:

1. Fact based discovery is extended to **May 16, 2003**.

2. A **Telephone Status Conference** be held on **May 27, 2003**, at **2:00 p.m.** to determine whether discovery has been completed, to set a time frame for expert discovery and/or dispositive motions as well as explore the possibility of a resolution in this matter. Plaintiff's counsel is directed to initiate this conference call to (215) 597-6079.

3. Counsel may contact my Chambers at any time to schedule a settlement conference.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE