IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

## **ORDER**

AND NOW, this 27th day of May, 2003, after conducting a Telephone Status Conference with counsel in the above-captioned action, IT IS HEREBY **ORDERED** by the Court that:

1. Fact based discovery is extended to **June 26, 2003**.

2. A **Settlement Conference** will be held on **July 22, 2003**, at **10:00 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE