IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC. | : | CIVIL ACTION |
| LOUDERBACK WORLDWIDE MOVING | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

**ORDER**

AND NOW, this 15th day of July, 2003, it is hereby **ORDERED** by the Court that the **Settlement Conference** concerning the above-captioned action which was scheduled for July 22, 2003, will now be held on **August 12, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present or available by telephone.

BY THE COURT:

_____
M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE