IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC. | : | CIVIL ACTION |
| LOUDERBACK WORLDWIDE MOVING | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

**ORDER**

AND NOW, this 18th day of July, 2003, it is hereby **ORDERED** by the Court that the **Settlement Conference** concerning the above-captioned action which was scheduled for August 12, 2003, will now be held on **September 22, 2003**, at **10:00 a.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE