IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC. | : | CIVIL ACTION |
| LOUDERBACK WORLDWIDE MOVING | : | |
| | : | |
| v. | : | |
| | : | |
| HOUSEHOLD MOVERS SERVICES | : | NO. 02-2702 |

## ORDER

AND NOW, this 22nd day of September, 2003, as the parties are considering resolving this matter by means of a binding high/low arbitration, and as all matters pursuant to 28 U.S.C. § 636(b)(1)(A) have been completed, the Clerk is directed to remove this case from my docket and return it to the calendar of the Honorable Michael M. Baylson.

BY THE COURT:

_____

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE