DATE OF NOTICE: November 5, 2003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-2702 |
| HOUSEHOLD MOVERS SERVICES | : | |

## NOTICE

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on Monday, November 24, 2003 at 11:30 a.m., with the Honorable Michael M. Baylson. Plaintiffs will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Attached is a Conference Information Report which you are required to complete and forward to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed. Also attached is the Court's Pretrial and Trial Procedures.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

Lynn Meyer
Deputy Clerk to Judge Baylson
267.299.7521

cc:   Frances Deasey, Esq. (fax)
    John Donahue, Esq. (fax)
    Michael Creedon, Esq. (fax)
Attachments
O:\Pretrial conference forms for cases\Mayflower Transit v. Household movers 02-2702 - pretrial conf notice.wpd