DATE OF NOTICE: November 11, 2003

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-2702 |
| HOUSEHOLD MOVERS SERVICES | : | |

**AMENDED NOTICE**

Please be advised that the **PRELIMINARY PRETRIAL CONFERENCE,** previously scheduled for November 24, 2003 with the Honorable Michael M. Baylson, has been changed to Thursday, November 20, 2003 at 2:30 p.m. Plaintiffs will initiate the telephone conference and when all counsel are on the line, call Chambers at (267) 299.7520.

Please return the Conference Information Report which was forward in the original Notice to the Court **at least two days prior to** the day of the conference. Do not have this Report docketed.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will be continued to another date only if no attorney familiar with the case is available.

                        Lynn Meyer
                        Deputy Clerk to Judge Baylson
                        267.299.7521

cc:    Frances Deasey, Esq. (fax)
        John Donahue, Esq. (fax)
        Michael Creedon, Esq. (fax)

O:\Pretrial conference forms for cases\Mayflower Transit v. Household movers 02-2702 - amended pretrial conf notice.wpd