IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAYFLOWER TRANSIT, INC, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-cv-2702 |
| HOUSEHOLD MOVERS SERVICES | : | |

**O R D E R**

      **AND NOW, TO WIT:** This 17th day of November, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                      **MICHAEL E. KUNZ**, Clerk of Court


                      **BY:**_____
                                Lynn Meyer
                                Deputy Clerk


cc:      Francis Deasey, Esq. (fax)
            John Donahue, Esq. (fax)
            Michael Creedon, Esq. (fax)


O:\41(b) Orders to Dismiss\Mayflower 41b order 02-2702.wpd